UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

**MONTPELIER US INSURANCE COMPANY**

V.

**JOHN HENRY AND TRACY HENRY**

CIVIL ACTION NO.: 13-00773

JUDGE R. DOHERTY

MAG. JUDGE P. HANNA

---

# MOTION TO DISMISS COMPLAINT

---

DEFENDANTS, JOHN HENRY AND TRACY HENRY, move the Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the Declaratory Judgment filed on behalf of MONTPELIER US INSURANCE COMPANY for lack of jurisdiction of the subject matter and for failure to state a claim upon which relief can be granted for reasons set forth in the attached Memorandum.

Respectfully submitted:

MORROW, MORROW, RYAN & BASSETT

Attorneys for JOHN HENRY and TRACY HENRY

  /S/ Jeffrey M. Bassett
Jeffrey M. Bassett (#2840)
P. O. Drawer 1787
Opelousas, LA  70571-1787
337-948-4483

## CERTIFICATE OF SERVICE

      I hereby certify that on January 2, 2014 a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system.

                                                                      **/s/Jeffrey M. Bassett**
                                                                      **Jeffrey M. Bassett (#2840)**
                                                                      **Morrow, Morrow, Ryan & Bassett**
                                                                      **P. O. Drawer 1787**
                                                                      **Opelousas, LA  70571-1787**
                                                                      **337-948-4483**