| | |
|---|---|
| JOHN HENRY and TRACY HENRY | 27TH JUDICIAL DISTRICT COURT |
| VERSUS | DOCKET NO.: 11-C-5186-B |
| PROGRESSIVE SECURITY INSURANCE COMPANY, ROBERT HENRY, ROBERT HENRY d/b/a ROB'S LOUNGE, MICHAEL DARJEAN AND GENERAL MARINE SERVICE OF GRAND CHENIER, INC. | PARISH OF ST. LANDRY |
| | STATE OF LOUISIANA |

## SECOND SUPPLEMENTAL AND AMENDING PETITION

NOW INTO COURT, through undersigned counsel, comes JOHN HENRY and TRACY HENRY, who wish to amend their original Petition for Damages as follows:

1.

By amending Paragraph 1 of the original Petition to read as follows:

"1.

Made Defendants herein are:

PROGRESSIVE SECURITY INSURANCE COMPANY, a foreign insurance company authorized to do and doing business in the State of Louisiana;

ROBERT HENRY, a person who as reached the legal age of majority and who is a resident of St. Landry Parish;

ROBERT HENRY d/b/a ROB'S LOUNGE, a business located in St. Landry Parish Louisiana;

MICHAEL DARJEAN, a person who has reached the legal age of majority and is a resident of St. Landry Parish;

GENERAL MARINE SERVICE OF GRAND CHENIER, INC., a corporation authorized to do and doing business in the State of Louisiana;

ZURICH AMERICAN INSURANCE COMPANY, a foreign corporation authorized to do and doing business in the State of Louisiana; and

MONTPELIER US INSURANCE COMPANY, a foreign corporation authorized to do and doing business in the State of Louisiana.

2.

To add a Paragraph 20 to read as follows:

"20.

Upon information and belief, at all times material hereto, Defendant, MONTPELIER US INSURANCE COMPANY, had issued unto Defendant, ROBERT HENRY and ROBERT HENRY d/b/a ROB'S LOUNGE, a policy of insurance providing coverage for all the damages sued upon herein.."



MORROW, MORROW,
RYAN & BASSETT
PERSONAL INJURY / MARITIME LAW

324 West Landry Street
Post Office Drawer 1787
Opelousas LA 70571-1787
337-948-4483
Arnaudville 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrblawoffice.com

3.

To add a Paragraph 21 to read as follows:

"21.

The trailer owned by MICHAEL DARJEAN was at the time of the accident sued upon herein attached to the tractor/truck owned by ROBERT HENRY. Since the DARJEAN trailer was attached to the HENRY tractor/truck, it meets the definition of specifically described autos under the ZURICH AMERICAN INSURANCE policy issued to GENERAL MARINE SERVICE OF GRAND CHENIER. MICHAEL DARJEAN, as the owner of the trailer, is therefore an insured under the ZURICH policy as an owner of an insured trailer.."

4.

To add a Paragraph 22 to read as follows

"Upon information and belief, at all times material hereto MICHAEL DARJEAN was a participant in the Creole Festival parade and the trailer he owns and decorated was being used in the parade for his benefit as well as the benefit of ROBERT HENRY and ROB'S LOUNGE."

5.

To amend the Prayer to read as follows:

"WHEREFORE, Plaintiffs JOHN HENRY and TRACY HENRY, pray that there be judgment in their favor and against defendants, PROGRESSIVE SECURITY INSURANCE COMPANY, ROBERT HENRY, ROBERT HENRY d/b/a ROB'S LOUNGE, MICHAEL DARJEAN, GENERAL MARINE SERVICE OF GRAND CHENIER, INC., ZURICH AMERICAN INSURANCE COMPANY and MONTPELIER US INSURANCE COMPANY in an amount to be determined by this Court together with legal interest as allowed by law; attorneys fees and all costs of these proceedings; for trial by jury and for all other just and equitable remedy in an amount to be determined by this Court."



MORROW, MORROW,
RYAN & BASSETT
PERSONAL INJURY / MARITIME LAW

324 WEST LANDRY STREET
POST OFFICE DRAWER 1787
OPELOUSAS LA 70571-1787
337-948-4483
ARNAUDVILLE 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrblawoffice.com

6.

Plaintiffs reiterate the allegations of the Original Petition as if copied herein in extenso.

Wherefore, Plaintiff's JOHN HENRY and TRACY HENRY pray that their original petition be supplemented and amended as set forth herein and pray that there be judgment in their favor and against defendants, PROGRESSIVE SECURITY INSURANCE COMPANY, ROBERT HENRY, ROBERT HENRY d/b/a ROB'S LOUNGE, MICHAEL DARJEAN, GENERAL MARINE SERVICE OF GRAND CHENIER, INC., ZURICH AMERICAN INSURANCE COMPANY and MONPELIER US INSURANCE COMPANY in an amount to be determined by this Court together with legal interest as allowed by law; attorneys fees and all costs of these proceedings; for trial by jury and for all other just and equitable remedy in an amount to be determined by this Court.

Respectfully submitted:

Morrow, Morrow, Ryan & Bassett

By: _____
PATRICK C. MORROW, SR. (#9748)
JEFFREY M. BASSETT (#2840)
TAYLOR J. BASSETT (#33720)
Post Office Drawer 1787
324 West Landry
Opelousas, Louisiana 70571
337-948-4483
337-942-5234

ANGUS LAW FIRM
Gloria A. Angus (#20082)
Post Office Box 2337
Opelousas, LA 70571-1787

PLEASE SERVE ORIGINAL,
FIRST AND SECOND SUPPLEMENTAL
AND AMENDING PETITION UPON:

MONTPELIER US INSURANCE COMPANY
through the Louisiana Secretary of State
Tom Schedler
8585 Archives Avenue
Baton Rouge, LA 70809



MORROW, MORROW,
RYAN & BASSETT
PERSONAL INJURY / MARITIME LAW

324 WEST LANDRY STREET
POST OFFICE DRAWER 1787
OPELOUSAS LA 70571-1787
337-948-4483
ARNAUDVILLE 337-754-5680
toll free 800-356-6776
fax 337-942-5234
www.mmrblawoffice.com