UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **MONTPELIER US INSURANCE COMPANY** | **CIVIL ACTION NO.: 13-00773** |
| | **JUDGE R. DOHERTY** |
| **V.** | |
| | **MAG. JUDGE P. HANNA** |
| **JOHN HENRY AND TRACY HENRY** | |

_____

O R D E R
_____

CONSIDERING the foregoing,

IT IS ORDERED that the Complaint for Declaratory Judgment filed by MONTPELIER US INSURANCE COMPANY against DEFENDANTS, JOHN HENRY AND TRACY HENRY, in this matter be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED ON THIS ____ day of _____, 2014.


_____
UNITED STATES DISTRICT COURT