RECEIVED

APR 29 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MONTPELIER US INSURANCE COMPANY | CIVIL ACTION NO. 6:13-cv-00773 |
| VERSUS | JUDGE DOHERTY |
| JOHN HENRY AND TRACY HENRY | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the motion to dismiss (Rec. Doc. 12), which was filed by the defendants, John Henry and Tracy Henry, is GRANTED, and this action is DISMISSED WITH PREJUDICE, consistent with the report and recommendation.

Lafayette, Louisiana, this 29 day of April, 2014.

Rebecca F. Doherty
United States District Judge